# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AUSTON LIRETTE

NO.  2022 CW 0682

VERSUS

OFC. ROBERT JOHNSON; OFC.
DAVID JOHNSON; OFC. WALLACE
LAPARIE; OFC. ROBBIE BUTLER;
LASALLE CORRECTIONS, LLC
AND/OR LASALLE MANAGEMENT
COMPANY, LLC.

**AUGUST 29, 2022**

In Re:    Auston Lirette, Et al, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          Nos. 191619, 191620, 191621, 191622, 191623, 191624,
          191627, 191641, 191642, 191649, 191650, 191651,
          191675, 192043, 192044, 192045, 192046, 192047,
          192048, 192049, 192050, 192051, 192052, 192053,
          192054, 192055, 192056, 192057, 192058, 192059,
          192060, 192061, 192062, 192063, 192064, 192065,
          192067, 192068, 192069, 192070, 192071, 192072,
          192073, 192075, 192076, 192077, 192078, 192079,
          192080, 192097.

**BEFORE:  McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**STAY LIFTED; WRIT GRANTED.**  The trial court's June 22, 2022 judgment granting the declinatory exception of improper venue filed by defendants, Lasalle Management Company, LLC, Ofc. Robert Johnson, Ofc. David Johnson, Ofc. Wallace Laparie, and Ofc. Robbie Butler, is reversed.  In these consolidated cases, plaintiffs filed individual petitions alleging damages based on an automobile accident occurring on October 12, 2020. Plaintiffs alleged at the time of the accident, each was housed at the Terrebonne Parish Criminal Justice Complex, which is located in Terrebonne Parish.  Evidence introduced by plaintiffs at the hearing on defendants' exception of improper venue indicates that at the time of the accident, they were permanently housed at the Terrebonne Parish Criminal Justice Complex, and had only been temporarily transferred to Catahoula Correctional Center for evacuation from Hurricane Delta. Therefore, we find venue is proper in Terrebonne Parish, the parish where the prison is situated to which plaintiffs were assigned when their individual causes of action arose.  La. R.S. 15:1184(F).  See **Woolens v. Unknown Deputy #1,** 2018-1237 (La. App. 1st Cir. 12/26/18) 2018 WL 6819334 (unpublished).  The exception of improper venue is denied.

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT

𝑎.𝑆𝓌
_____
DEPUTY CLERK OF COURT
FOR THE COURT